**Christian VALLEJO, individually and on behalf of all similarly situated current and former employees, Plaintiff–Appellee**

v.

**GARDA CL SOUTHWEST, INCORPORATED, Defendant–Appellant.**

**No. 13–20344.**

United States Court of Appeals,
Fifth Circuit.

April 4, 2014.

Kevin A. Murray, Houston, TX, for Plaintiff–Appellee.

---

Robert Francois Friedman, Esq., Edward F. Berbarie, Littler Mendelson, P.C., Dallas, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and HAYNES, Circuit Judges.

PER CURIAM: *

In this Fair Labor Standards Act of 1938 action, defendant-appellant Garda CL Southwest, Inc., appeals the district court's denial of a motion to enforce the arbitration clause of a putative collective bargaining agreement as to three intervenors, finding that the motion presented material issues of fact.

We AFFIRM.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.